UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GMYR,<br><br>　　　　　Defendant. | Case No. 2:21-po-00408-JDP<br><br><br>REFUND ORDER |

On October 12, 2021, the defendant appeared before the court to address citation CA44/FBKI003L. The government moved to dismiss the citation without prejudice, and the court granted that motion. For reasons unknown by the court, on October 13, 2021, the defendant paid the $150.00 fine and $30.00 processing fee to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded the $150.00 fine and $30.00 processing, for a total of $180.00, due to overpayment.

IT IS SO ORDERED.

Dated: October 20, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1